IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Megan FitzSimmons, | ) |
|       Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **OF DISMISSAL** |
| vs. | ) |
| | ) Case No. 3:24-cv-28 |
| Michelle Cullen and Ryan Wagner, | ) |
|       Defendants. | ) |

Plaintiff Megan FitzSimmons and Defendant Michelle Cullen filed a joint stipulation of dismissal. Doc. 33. The Court **ADOPTS** the stipulation (Doc. 33) in its entirety and **ORDERS** the action dismissed with prejudice as to Michelle Cullen, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees. Defendant Ryan Wagner is not a party to this stipulation and remains a defendant in the case.

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2025.

                                                                      */s/ Peter D. Welte*
                                                                       Peter D. Welte, Chief Judge
                                                                       United States District Court